United States District Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | §   CIVIL ACTION NO. 4:24-CV-00948 |
| | § |
| $344,520.00 U.S. CURRENCY, *et al.*, | § |
| | § |
| Defendants. | § |

### ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on December 6, 2024. Doc. #44. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, the Government's Motion for Final Judgment of Forfeiture by Default of $334,876.00 United States Currency is hereby GRANTED. Doc. Nos. 33, 37. The Court will enter a separate Final Judgment consistent with this Order.

It is so ORDERED.

__JAN 0 6 2025__
Date

The Honorable Alfred H. Bennett
United States District Judge